# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Derryck Henson,

    Petitioner,

        v.                            Case No. 1:12cv602

Warden, Lebanon Correctional Institution,              Judge Michael R. Barrett

    Respondent.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on October 11, 2013 (Doc. 11).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 11) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 11) of the Magistrate Judge is hereby **ADOPTED.** The Petition (Doc. 1) is **DISMISSED** with prejudice. Should the Petitioner wish to appeal, a certificate of appealability shall be issued.

    **IT IS SO ORDERED.**

                                            *s/Michael R. Barrett*
                                            Michael R. Barrett
                                            United States District Judge