**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Derrick Henson,

      Petitioner,

          v.                             Case No.   1:12cv602

Warden, Lebanon
Correctional Institution,,                    Judge Michael R. Barrett

      Respondent.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on July 26, 2017 (Doc. 37).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 37) of the Magistrate Judge is hereby **ADOPTED.** Petitioner's Motion to Appeal *in forma pauperis* (Doc. 36) is **DENIED**.

      **IT IS SO ORDERED.**

                                  *s/Michael R. Barrett*
                                  Michael R. Barrett
                                  United States District Judge